David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
Thomas N. Abbott, Bar No. 245568
TAbbott@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
CALIBER HOME LOANS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DIANE STONE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX, INC.; CALIBER HOME LOANS, INC.; and DOES 1 Through 100 inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-00536-JAM-DB<br><br>**ORDER RE STIPULATION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>*Stipulation to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) filed concurrently herewith* |

Pursuant to the stipulation of the parties and good cause appearing therefore, it is hereby ordered that the above captioned matter is transferred to the United States District Court for the District of Oregon, Portland Division.

IT IS SO ORDERED.

Dated: May 7, 2018　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　　HON. JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　United States District Court Judge